KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Kym@RichardHarrisLaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NANNETTE FISHER, individually,

Plaintiff,

vs.

TARGET CORPORATION,

Defendants.

CASE NO.: 2:~~16~~17-CV-02099-MMD-VCF

<u>**MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST**</u>

Attorney Kym Samuel Cushing, Esq., of the RICHARD HARRIS LAW FIRM, hereby requests that he be removed from the list of counsel to be noticed.

Kym Samuel Cushing, Esq. is no longer the attorney of record for the defendant, TARGET CORPORATION. Given the appearance of the new attorney on behalf of this defendant, no party will be prejudiced by Mr. Cushing's withdrawal.

DATED this 10th day of February, 2019.

RICHARD HARRIS LAW FIRM

_____
KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
801 South Fourth Street
Las Vegas, NV 89101

IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-13-2019

1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM and that on this 12th day of February, 2019, I served a copy of the foregoing, **MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST**, as follows:

[ X ]  Electronic Service – in accordance with FRCP Rule 5(b)(2)(E).

Brian P. Clark, Esq.
Clark McCourt
7371 Prairie Falcon Road
Suite 120
Las Vegas, NV 89128
Attorney for Plaintiff

Alan Westbrook, Esq.
Perry & Westbrook
1701 W. Charleston Blvd
Suite 200
Las Vegas, NV 89102
Attorney for Defendant

/s/ Nicole Glenn
An employee of RICHARD HARRIS LAW FIRM