ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY & WESTBROOK, P.C.
1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NANNETTE FISHER, individually

    Plaintiff,

v.

PACIFIC CYCLE INC.; TARGET CORPORATION; DOE MANAGER(S) 1 through 3; DOE EMPLOYEE(S) 1 through 20, and ROE CORPORATIONS I through X, inclusive

    Defendants.

CASE NO.: 2:17-cv-02099-MMD-VCF

## STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

/////

/////

/////

/////

/////

respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 17th day of June, 2019

CLARK MCCOURT, LLC

/s/ Lukas B. McCourt
_____
LUKAS B. McCOURT, ESQ.
Nevada State Bar No. 11839
7371 Prairie Falcon Road, Suite 120
Las Vegas NV 89128
Telephone: (702) 474-0065
Facsimile:(702) 474-0068
E-Mail: lmccourt@clarkmccourt.com
Attorney for Plaintiff

DATED this 17th day of June, 2019.

PERRY & WESTBROOK
A Professional Corporation

/s/ Alan W. Westbrook
_____
ALAN W. WESTBROOK, ESQ.
Nevada State Bar No. 6167
1701 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
Telephone: (702) 870-2400
Facsimile : (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: June 21, 2019